JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHER BROOKS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CW NEXUS CREDIT CARD HOLDINGS I, LLC; CARSON SMITHFIELD, LLC; MERRICK BANK CORPORATION; DOES 1-10 inclusive,<br><br>　　　　　Defendants. | Case No. 21-cv-09606-DSF-KS<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION** |

　　　　Plaintiff Cher Brooks and Defendants Carson Smithfield, LLC, Merrick Bank Corporation and CW Nexus Credit Card Holdings I, LLC having stipulated to the dismissal of this action with prejudice in its entirety pursuant to FRCP 41(a)(1) as a result of the settlement of this case between Plaintiff Cher Brooks and Defendants Carson Smithfield, LLC, Merrick Bank Corporation and CW Nexus Credit Card Holdings I, LLC, the Court hereby GRANTS the stipulation to dismiss this action in its entirety with prejudice.

　　　　IT IS SO ORDERED.

DATED: January 4, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE